[No. 33106-7-III.   Division Three.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW HENRY DEVORE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-01303-9, Cameron Mitchell, J., entered January 14, 2015. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33108-3-III.   Division Three.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANITA VIRGINIA WHISLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00330-0, Evan E. Sperline, J., entered February 2, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33206-3-III.   Division Three.   July 19, 2016.]

MELANIE J. BRYANT, *Respondent*, v. STEPHEN R. SANDBERG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-2-01196-9, John M. Antosz, J., entered February 17, 2015. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[No. 33281-1-III.   Division Three.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TRAMELL SPEARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00366-5, M. Scott Wolfram, J., entered March 23, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.